249 So.2d 200

## MEDIA PRODUCTION CONSULTANTS, INC.

v.

## MERCEDES–BENZ OF NORTH AMERICA, INC. and Cookie's Auto Sales, Inc. and Oliver Cinnater, d/b/a Crescent City Motors.

### No. 51475.

June 21, 1971.

In re: Media Production Consultants, Inc., applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 247 So.2d 266.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.